### FARRINGTON and SMITH *against* SINCLAIR.

IN this case, which was between the same parties, the facts were precisely the same as in the preceding case, except that the property levied upon was a barrel of pork, which *Caswell* consented should be left in *Payne's* possession, and used by his family, who consumed about one quarter of it, when it was levied upon by *Smith*, under an attachment at the suit of *Farrington* against *Payne*.

*Per Curiam.* This is a strong case of constructive, if not actual fraud, and the judgment must be reversed.

Judgment reversed.

If the creditor in the prior execution levy upon provisions belonging to his debtor, and permit them to remain with the debtor, and be consumed in his family, the execution and levy are, constructively, if not actually, fraudulent, as against a subsequent attachment or execution.